MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADAN HERNANDEZ-MAYORAL,<br><br>　　　　　Defendant. | No. MJ25-352<br><br>ORDER TO EXTEND INDICTMENT DEADLINE |

THE COURT has considered the stipulated motion to extend Adan Hernandez-Mayoral's indictment deadline. It appears it would be unreasonable to require the filing of an indictment within the statutory period because of the need for further case evaluation. Without an extension, the defense would be denied the reasonable time necessary for effective preparation. The parties have consented to entering an order extending the indictment deadline from on or about September 29, 2025, to October 29, 2025.

THE COURT finds that justice is served by granting a continuance and that a continuance outweighs the best interests of the public and Mr. Hernandez-Mayoral in a speedy indictment.

IT IS ORDERED that the date on or before an indictment must be filed is extended to October 29, 2025.

IT IS FURTHER ORDERED that the period of delay from the filing of the stipulated motion to October 29, 2025 is excludable time pursuant to 18 U.S.C.

ORDER TO EXTEND INDICTMENT DEADLINE
(*United States v.* Hernandez-Mayoral, MJ25-352) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

§ 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DONE this __11th__ day of __September__ 2025.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Adan Hernandez-Mayoral

ORDER TO EXTEND INDICTMENT DEADLINE
(*United States v.* Hernandez-Mayoral, MJ25-352) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100